**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TRACY ANN SHOURD**                                                                                   **PLAINTIFF**

V.                              **CASE NO.: 3:09CV00078-BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                   **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Tracy Ann Shourd.

IT IS SO ORDERED this 10th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE